## SCOTT v. RIGGS OPTICAL CO.

No. 26671.   Oct. 29, 1935.

Rehearing Denied Nov. 26, 1935.

James R. Gernert, for plaintiff in error.
Robert Woolsey, for defendant in error.

PER CURIAM.   The order overruling motion for new trial was entered March 30, 1935.   The appeal was not filed herein until October 1, 1935.   Section 547, O. S. 1931, and many cases decided by this court require that this case be dismissed for failure to file the appeal within six months from the date of the judgment appealed from.

The appeal is therefore dismissed.

McNEILL, C. J., OSBORN, V. C. J., and BAYLESS, PHELPS, and CORN, JJ., concur.